The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TONDA FERRANDO and DEX MARZANO, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>ZYNGA INC., a Delaware corporation,<br><br>*Defendant*. | Case No. 22-cv-214-RSL<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER STAYING CASE PENDING FILING OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**NOTING DATE:** May 6, 2021 |

## STIPULATED MOTION FOR STAY

During the Parties' May 4, 2022 in-person, full-day mediation before the Hon. Layn R. Phillips (Ret.) of Phillips ADR, *see* Dkt. #12, the Parties reached a binding agreement in principle to settle this case on a class action basis. Among other provisions, the agreement provides for:

- The establishment of a $12 million non-reversionary settlement fund;
- A release of claims by settlement class members who do not timely exclude themselves from the settlement; and
- Prospective measures.

In order to provide the Parties sufficient time to reduce their agreement to a complete class action settlement agreement, and to provide Plaintiffs sufficient time to prepare a motion for preliminary approval, the Parties jointly seek a stay of this case through June 3, 2022, by which time the Parties anticipate that Plaintiffs will have filed preliminary approval papers.

Consequently, pursuant to Local Civil Rule 10(g), the Parties respectfully request that the Court grant this stipulation and enter the attached Proposed Order.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 6th day of May, 2022.

**EDELSON PC**

By: /s/ Todd Logan
Rafey S. Balabanian*
rbalabanian@edelson.com
Todd Logan*
tlogan@edelson.com
Brandt Silver-Korn*
bsilverkorn@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300/Fax: 415.373.9435

|   |   |
|---|---|
| 1 |  |
| 2 | By: /s/ Alexander G. Tievsky |
| 3 | Jay Edelson* <br> jedelson@edelson.com |
| 4 | Alexander G. Tievsky, WSBA #57125 <br> atievsky@edelson.com |
| 5 | Amy B. Hausmann* <br> abhausmann@edelson.com |
| 6 | EDELSON PC |
| 7 | 350 N LaSalle Street, 14th Floor <br> Chicago, Illinois 60654 |
| 8 | Tel: 312.589.6370/ Fax: 312.589.6378 |
| 9 | **TOUSLEY BRAIN STEPHENS PLLC** |
| 10 | By: /s/ Cecily C. Jordan |
| 11 | Cecily C. Jordan, WSBA #50061 <br> cjordan@tousley.com |
| 12 | 1200 Fifth Avenue, Suite 1700 <br> Seattle, Washington 98101 |
| 13 | Tel: 206.682.5600 |
| 14 | *Attorneys for Plaintiffs and the Proposed Class* |
| 15 | *Admitted *Pro hac vice* |
| 16 |  |
| 17 | **PAUL HASTINGS LLP** |
| 18 | By: /s/Behnam Dayanim |
| 19 | Behnam Dayanim* <br> bdayanim@paulhastings.com |
| 20 | Sean Unger <br> seanunger@paulhastings.com |
| 21 | Andy LeGolvan <br> alegolvan@paulhastings.com |
| 22 | 2050 M Street NW <br> Washington, DC 20036 |
| 23 | Tel: 202.551.1700 / Fax: 202.551.1705 |
| 24 |  |
| 25 | *Attorneys for Defendant* |
| 26 | **Pro Hac Vice* Forthcoming |
| 27 |  |

**[PROPOSED] ORDER**

Pursuant to Stipulation, this case is STAYED for all purposes, except for any third-party discovery necessary to effectuate the proposed settlement, through June 3, 2022.

IT IS SO ORDERED.

DATED this _____ day of May, 2022.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE