# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TONDA FERRANDO and DEX MARZANO, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>ZYNGA INC., a Delaware corporation,<br><br>*Defendant*. | Case No. 22-cv-214-RSL<br><br>**STIPULATED MOTION AND ORDER STAYING CASE PENDING FILING OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

## STIPULATED MOTION FOR STAY

During the Parties' May 4, 2022 in-person, full-day mediation before the Hon. Layn R. Phillips (Ret.) of Phillips ADR, *see* Dkt. #12, the Parties reached a binding agreement in principle to settle this case on a class action basis. Among other provisions, the agreement provides for:

- The establishment of a $12 million non-reversionary settlement fund;
- A release of claims by settlement class members who do not timely exclude themselves from the settlement; and
- Prospective measures.

In order to provide the Parties sufficient time to reduce their agreement to a complete class action settlement agreement, and to provide Plaintiffs sufficient time to prepare a motion for preliminary approval, the Parties jointly seek a stay of this case through June 3, 2022, by which time the Parties anticipate that Plaintiffs will have filed preliminary approval papers.

Consequently, pursuant to Local Civil Rule 10(g), the Parties respectfully request that the Court grant this stipulation and enter the attached Proposed Order.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 6th day of May, 2022.

**EDELSON PC**

By: /s/ Todd Logan
Rafey S. Balabanian*
rbalabanian@edelson.com
Todd Logan*
tlogan@edelson.com
Brandt Silver-Korn*
bsilverkorn@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300/Fax: 415.373.9435

STIP. AND ORDER STAYING CASE
CASE NO. 22-CV-214-RSL

2

EDELSON PC
350 N LaSalle Street, 14th Floor, Chicago, IL 60654
Tel: 312.589.6370 • Fax: 312.589.6378

By: /s/ Alexander G. Tievsky
Jay Edelson*
jedelson@edelson.com
Alexander G. Tievsky, WSBA #57125
atievsky@edelson.com
Amy B. Hausmann*
abhausmann@edelson.com
EDELSON PC
350 N LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370/ Fax: 312.589.6378

**TOUSLEY BRAIN STEPHENS PLLC**

By: /s/ Cecily C. Jordan
Cecily C. Jordan, WSBA #50061
cjordan@tousley.com
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Tel: 206.682.5600

*Attorneys for Plaintiffs and the Proposed Class*

*Admitted *Pro hac vice*

**PAUL HASTINGS LLP**

By: /s/Behnam Dayanim
Behnam Dayanim*
bdayanim@paulhastings.com
Sean Unger
seanunger@paulhastings.com
Andy LeGolvan
alegolvan@paulhastings.com
2050 M Street NW
Washington, DC 20036
Tel: 202.551.1700 / Fax: 202.551.1705

*Attorneys for Defendant*

**Pro Hac Vice* Forthcoming

# ORDER

Pursuant to Stipulation, this case is STAYED for all purposes, except for any third-party discovery necessary to effectuate the proposed settlement, through June 3, 2022.

IT IS SO ORDERED.

DATED this 9th day of May, 2022.

ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE