# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TONDA FERRANDO and DEX MARZANO, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>ZYNGA INC., a Delaware corporation,<br><br>*Defendant*. | Case No. 22-cv-214-RSL<br><br>**STIPULATED MOTION AND ORDER EXTENDING STAY OF CASE** |

## STIPULATED MOTION TO EXTEND STAY

The Parties previously apprised the Court that they had reached a binding agreement in principle to settle this case on a class action basis. *See* Dkt. #14. The Parties are continuing to finalize a class action settlement agreement and request additional time to execute the agreement. The Parties therefore jointly seek to extend the stay of this case through June 25, 2022, by which time the Parties anticipate that Plaintiff will have filed preliminary approval papers. The Parties do not presently anticipate requiring any additional extensions of the stay.

Consequently, pursuant to Local Civil Rule 10(g), the Parties respectfully request that the Court grant this stipulation and enter the attached Proposed Order.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 3rd day of June, 2022.

**EDELSON PC**

By: /s/ Todd Logan
Rafey S. Balabanian*
rbalabanian@edelson.com
Todd Logan*
tlogan@edelson.com
Brandt Silver-Korn*
bsilverkorn@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300/Fax: 415.373.9435

By: /s/ Alexander G. Tievsky
Jay Edelson*
jedelson@edelson.com
Alexander G. Tievsky, WSBA #57125
atievsky@edelson.com
Amy B. Hausmann*
abhausmann@edelson.com

EDELSON PC
350 N LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370/ Fax: 312.589.6378

**TOUSLEY BRAIN STEPHENS PLLC**

By:  /s/ Cecily C. Jordan
Cecily C. Jordan, WSBA #50061
cjordan@tousley.com
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Tel: 206.682.5600

*Attorneys for Plaintiffs and the Proposed Class*

\*Admitted *Pro hac vice*


**PAUL HASTINGS LLP**

By: /s/ Behnam Dayanim
Behnam Dayanim*
bdayanim@paulhastings.com
Sean Unger
seanunger@paulhastings.com
Andy LeGolvan
alegolvan@paulhastings.com
2050 M Street NW
Washington, DC 20036
Tel: 202.551.1700 / Fax: 202.551.1705

*Attorneys for Defendant*

\**Pro Hac Vice* Forthcoming

# ORDER

Pursuant to Stipulation, this case is STAYED for all purposes, except for any third-party discovery necessary to effectuate the proposed settlement, through June 25, 2022.

IT IS SO ORDERED.

Dated this 6th day of June, 2022.

*[signature]*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE