1

2

3

4

5

6

7

8

9

The Honorable Robert S. Lasnik

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

TONDA FERRANDO and DEX MARZANO, individually and on behalf of all others similarly situated,

                *Plaintiffs*,

      v.

ZYNGA INC., a Delaware corporation,

                *Defendant*.

Case No. 22-cv-214-RSL

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE OVERSIZE BRIEF *INSTANTER***

Noting Date: June 27, 2022

**EDELSON PC**
350 N LaSalle Street, 14th Floor, Chicago, IL 60654
Tel: 312 589 6370 • Fax: 312 589 6378

1    Pursuant to LCR 7(f), Plaintiffs respectfully request leave of Court to file an oversized

2  brief *instanter*. Specifically, Plaintiffs seek leave to file a twenty-nine page Motion for Preliminary

3  Approval of Class Action Settlement Agreement, which is five pages longer than the Local Rules

4  provide for motions seeking class certification. *See* LCR 7(e)(3).

5    This motion is unopposed, and is respectfully accompanied by the attached [Proposed]

6  Order.

7    DATED this 27th day of June, 2022.

8

9                                              Respectfully Submitted,

10                                             **TONDA FERRANDO** and **DEX MARZANO**,
                                               individually and on behalf of all others similarly
11                                             situated,

12                                             By:  /s/ Todd Logan

13
                                               Rafey S. Balabanian*
14                                             rbalabanian@edelson.com
                                               Todd Logan*
15                                             tlogan@edelson.com
                                               Brandt Silver-Korn*
16                                             bsilverkorn@edelson.com
                                               EDELSON PC
17                                             150 California Street, 18th Floor
                                               San Francisco, California 94111
18                                             Tel: 415.212.9300/Fax: 415.373.9435

19
                                               By:  /s/ Alexander G. Tievsky
20

21                                             Jay Edelson*
                                               jedelson@edelson.com
22                                             Alexander G. Tievsky, WSBA #57125
                                               atievsky@edelson.com
23                                             Amy B. Hausmann*
                                               abhausmann@edelson.com
24                                             EDELSON PC
                                               350 N LaSalle Street, 14th Floor
25                                             Chicago, Illinois 60654
                                               Tel: 312.589.6370/ Fax: 312.589.6378
26

27

PLS.' UNOPPOSED MOT. FOR LEAVE TO FILE
OVERSIZE BRIEF                                        1              **EDELSON PC**
CASE NO. 22-CV-214-RSL                                    350 N LaSalle Street, 14th Floor, Chicago, IL 60654
                                                                Tel: 312 589 6370 • Fax: 312 589 6378

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

By:  /s/ Cecily C. Jordan
Cecily C. Jordan, WSBA #50061
cjordan@tousley.com
TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Tel: 206.682.5600

*Plaintiffs' Attorneys and proposed Class Counsel*

*Admitted *pro hac vice*

PLS.' UNOPPOSED MOT. FOR LEAVE TO FILE
OVERSIZE BRIEF
CASE NO. 22-CV-214-RSL

2

**EDELSON PC**
350 N LaSalle Street, 14th Floor, Chicago, IL 60654
Tel: 312 589 6370 • Fax: 312 589 6378