1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TONDA FERRANDO and DEX MARZANO, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>ZYNGA INC., a Delaware corporation,<br><br>*Defendant*. | Case No. 22-cv-214-RSL<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE OVERSIZE BRIEF *INSTANTER*** |

## Order

Plaintiffs' Unopposed Motion for Leave to File Oversize Brief *Instanter* is **Granted**. Plaintiffs may file up to a twenty-nine page Motion for Preliminary Approval of Class Action Settlement Agreement.

**IT IS SO ORDERED.**

Dated this 28th day of June, 2022.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge