1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TONDA FERRANDO and DEX MARZANO, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>ZYNGA INC., a Delaware corporation,<br><br>*Defendant*. | Case No. 22-cv-214-RSL<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO CONTINUE SETTLEMENT DEADLINES BY 28 DAYS** |

# Order

Plaintiffs' unopposed motion is GRANTED. The Court sets the following amended deadlines and dates:

- **Notice Date**: August 30, 2022
- **Reminder Notice**: September 23, 2022 and again on October 18, 2022
- **Deadline to File Motion for Approval of Attorneys' Fees, Incentive Fees, and Litigation Expenses**: October 4, 2022
- **Claims Deadline**: October 25, 2022
- **Objection/Exclusion Deadline**: October 25, 2022
- **Deadline to File Motion for Final Approval of the Settlement Agreement**: November 11, 2022
- **Final Approval Hearing**: December 1, 2022, at 11:00 a.m. unless changed by further order of the Court.

**IT IS SO ORDERED.**

DATED this 29th day of July, 2022.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge