# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TONDA FERRANDO and DEX MARZANO, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>ZYNGA INC., a Delaware corporation.<br><br>*Defendant*. | No. 22-cv-214-RSL<br><br>**ORDER** |

    This matter comes before the Court on a putative class member's objection to a subpoena plaintiffs served on third-party Google. Dkt. # 39. Ms. Vans Evers objects to any review of the contents of her email account. Plaintiffs sought only the email addresses associated with potential settlement class members, not the content of those accounts, and Ms. Vans Evers disclosed her email address in her letter. The objection is overruled.

    Dated this 8th day of August, 2022.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER

1