# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TONDA FERRANDO and DEX MARZANO, individually and on behalf of all others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>ZYNGA INC., a Delaware corporation,<br><br>   *Defendant*. | Case No. 22-cv-214-RSL<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO CONTINUE CERTAIN SETTLEMENT DEADLINES BY AN ADDITIONAL 7 DAYS** |

# Order

Plaintiffs' unopposed motion is GRANTED. The Court sets the following amended deadlines and dates:

- **Notice Date**: September 6, 2022
- **Reminder Notice**: September 30, 2022 and again on October 25, 2022
- **Deadline to File Motion for Approval of Attorneys' Fees, Incentive Fees, and Litigation Expenses**: October 11, 2022
- **Claims Deadline**: November 1, 2022
- **Objection/Exclusion Deadline**: November 1, 2022
- **Deadline to File Motion for Final Approval of the Settlement Agreement**: November 18, 2022
- **Final Approval Hearing**: December 1, 2022, at 11:00 a.m. unless changed by further order of the Court.

**IT IS SO ORDERED.**

Dated this 26th day of August, 2022.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER CONTINUING CERTAIN SETTLEMENT
DEADLINES BY 7 DAYS
CASE NO. 22-CV-214-RSL

1

EDELSON PC
350 N LaSalle Street, 14th Floor, Chicago, IL 60654
Tel: 312.589.6370 • Fax: 312.589.6378