# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TONDA FERRANDO and DEX MARZANO, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>ZYNGA INC., a Delaware corporation,<br><br>*Defendant*. | No. 22-cv-0214-RSL<br><br>**ORDER GRANTING CLASS COUNSEL'S MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEF** |

Order Granting
Leave to File Over-Length Brief
CASE NO. 22-CV-214-RSL - i

EDELSON PC
350 N LaSalle Street, 14th Floor, Chicago, IL 60654
Tel: 312.589.6370 • Fax: 312.589.6378

## **ORDER**

Plaintiffs' motion is **GRANTED**. Class Counsel's Motion for Award of Attorneys' Fees and Expenses and Issuance of Incentive Awards may be up to twenty-eight pages.

Dated this 12th day of October, 2022.

*MrS Lasnik*
Robert S. Lasnik
United States District Judge

Order Granting
Leave to File Over-Length Brief
CASE NO. 22-CV-214-RSL- 2

EDELSON PC
350 N LaSalle Street, 14th Floor, Chicago, IL 60654
Tel: 312.589.6370 • Fax: 312.589.6378