# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TONDA FERRANDO and DEX MARZANO, individually and on behalf of all others similarly situated,<br><br>        *Plaintiffs*,<br><br>  v.<br><br>ZYNGA INC., a Delaware corporation,<br><br>        *Defendants*. | Case No. 22-cv-214-RSL<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE OVERSIZE BRIEF** ***INSTANTER*** |

**Order**

Plaintiffs' Unopposed Motion for Leave to File Oversize Brief *Instanter* is **Granted**. Plaintiffs may file up to a twenty-six (26) page Motion for Final Approval of Class Action Settlement Agreement.

**IT IS SO ORDERED.**

DATED this  21st  day of  November , 2022.

_____
Honorable Robert S. Lasnik
United States District Judge

Presented by:

By: /s/ Todd Logan

Rafey S. Balabanian*
rbalabanian@edelson.com
Todd Logan*
tlogan@edelson.com
Brandt Silver-Korn*
bsilverkorn@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300 / Fax: 415.373.9435

By: /s/ Alexander G. Tievsky

Jay Edelson*
jedelson@edelson.com

1  Alexander G. Tievsky, WSBA #57125
   atievsky@edelson.com
2  Amy B. Hausmann*
   abhausmann@edelson.com
3  EDELSON PC
4  350 North LaSalle Street, 14th Floor
   Chicago, Illinois 60654
5  Tel: 312.589.6370 / Fax:312.589.6378

6  By: /s/ Cecily C. Jordan

7
   Cecily C. Jordan, WSBA #50061
8  cjordan@tousley.com
   TOUSLEY BRAIN STEPHENS PLLC
9  1200 Fifth Avenue, Suite 1700
   Seattle, Washington 98101
10 Tel: 206.682.5600

11
   *Plaintiffs' Attorneys and proposed Class
12 Counsel*

13 *Admitted pro hac vice