**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| TONDA FERRANDO and DEX MARZANO, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>ZYNGA INC., a Delaware corporation,<br><br>*Defendant*. | Case No. 22-cv-214-RSL<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO CONTINUE DEADLINE FOR PAYMENT OF APPROVED CLAIMS BY 30 DAYS** |

Order Granting Pls.' Unopposed Mot. to Continue
Payment Deadline by 30 Days
Case No. 22-cv-214-RSL

i

Edelson PC
350 N LaSalle Street, 14th Floor, Chicago, IL 60654
Tel: 312.589.6370 • Fax: 312.589.6378

## ORDER

Plaintiff's unopposed motion is **GRANTED.** The deadline for payment of Approved Claims is continued to April 3, 2023. **IT IS SO ORDERED.**

Dated this 26th day of January, 2023.

                      */s/ Robert S. Lasnik*
                      ROBERT S. LASNIK
                      UNITED STATES DISTRICT JUDGE

Presented by:

By: /s/ Todd Logan

Rafey S. Balabanian*
rbalabanian@edelson.com
Todd Logan*
tlogan@edelson.com
Brandt Silver-Korn*
bsilverkorn@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300/Fax: 415.373.9435

By: /s/ Alexander G. Tievsky

Jay Edelson*
jedelson@edelson.com
Alexander G. Tievsky, WSBA #57125
atievsky@edelson.com

| | |
|---|---|
| 1 | Amy B. Hausmann* |
| | abhausmann@edelson.com |
| 2 | EDELSON PC |
| | 350 N LaSalle Street, 14th Floor |
| 3 | Chicago, Illinois 60654 |
| | Tel: 312.589.6370/ Fax: 312.589.6378 |
| 4 | |
| 5 | By:  /s/ Cecily C. Jordan |
| | Cecily C. Jordan, WSBA #50061 |
| 6 | cjordan@tousley.com |
| | TOUSLEY BRAIN STEPHENS PLLC |
| 7 | 1200 Fifth Avenue, Suite 1700 |
| | Seattle, Washington 98101 |
| 8 | Tel: 206.682.5600 |

*Class Counsel and Plaintiffs' Attorneys*

*Admitted pro hac vice

ORDER GRANTING PLS.' UNOPPOSED MOT. TO CONTINUE PAYMENT DEADLINE BY 30 DAYS
CASE NO. 22-CV-214-RSL

2

EDELSON PC
350 N LaSalle Street, 14th Floor, Chicago, IL 60654
Tel: 312.589.6370 • Fax: 312.589.6378