The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TONDA FERRANDO and DEX MARZANO, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>ZYNGA INC., a Delaware corporation,<br><br>*Defendant*. | Case No. 22-cv-214-RSL<br><br>**CLASS COUNSEL'S UNOPPOSED MOTION FOR APPROVAL OF SECOND DISTRIBUTION PLAN AND [PROPOSED] ORDER**<br><br>Noting Date: August 16, 2023 |

Unopposed Mtn for Supp. Distribution Plan
Case No. 22-cv-214-RSL

Edelson PC
350 N LaSalle Street, 14th Floor, Chicago, IL 60654
Tel: 312 589 6370 • Fax: 312 589 6378

# UNOPPOSED MOTION FOR APPROVAL
# OF SECOND DISTRIBUTION PLAN

On December 1, 2022, this Court granted final approval to the Class Action Settlement and directed the Parties to "proceed with the Settlement procedures specified under the terms of the Settlement Agreement, including payment and prospective relief." Dkt. #63 at 2. The Settlement Administrator in this case has since effected the process laid out in the Settlement Agreement for determining Settlement Payments and has paid from the Settlement Fund all Approved Claims. Dkt. #24-1 § 2.1(b)-(e). The Settlement Administrator also conducted outreach to claimants whose electronic deposits were unable to be processed and attempted to correct the problem, pursuant to Section 2.1(g) of the Settlement Agreement.

Despite diligent efforts, some payments were unsuccessful, and some checks remain uncashed. As a result, there is approximately $204,000 remaining in the Settlement Fund as of the date of this filing (the "Reserve Fund"), representing approximately 1.7% of the Settlement Fund. Class Counsel therefore submits for the Court's approval the following, unopposed Second Distribution Plan:

1. The Settlement Administrator will promptly make a second distribution to claimants from the Reserve Fund.

2. Specifically, the Settlement Administrator will allocate the Reserve Fund—less the administrative expenses of the second distribution—pro rata to all claimants who previously received Settlement Payments. However, to the extent a second distribution to a claimant would equal less than five dollars ($5), that second distribution shall not be paid, and instead the amount shall be distributed pro rata to claimants whose second distribution is at least five dollars ($5).

3. To the extent that any of these additional payments are not cashed/processed by claimants after ninety (90) calendar days, such funds shall be paid to the Legal Foundation of Washington—the *cy pres* recipient named in § 2.1(h) of the Settlement Agreement.

\* \* \*

This proposed Second Distribution Plan is fair, equitable, and faithfully effectuates the Settlement Agreement in this case. *See* Dkt. #24-1 § 2.1(h). Consequently, Class Counsel requests—and no Party opposes—that the Court grant this motion and enter the attached Proposed Order.

                                       Respectfully submitted,

                                       **CLASS COUNSEL**,

Dated: August 16, 2023          By: /s/ Todd Logan

                                        Rafey S. Balabanian*
                                        rbalabanian@edelson.com
                                        Todd Logan*
                                        tlogan@edelson.com
                                        Brandt Silver-Korn*
                                        bsilverkorn@edelson.com
                                        EDELSON PC
                                        150 California Street, 18th Floor
                                        San Francisco, California 94111
                                        Tel: 415.212.9300
                                        Fax: 415.373.9495

                                      By: /s/ Alexander G. Tievsky

                                        Jay Edelson*
                                        jedelson@edelson.com
                                        Alexander G. Tievsky, WSBA #57125
                                        atievsky@edelson.com
                                        Amy B. Hausmann*
                                        abhausmann@edelson.com
                                        EDELSON PC
                                        350 N LaSalle Street, 14th Floor
                                        Chicago, Illinois 60654
                                        Tel: 312.589.6370 / Fax: 312.589.6378

                                        By: /s/ Cecily C. Jordan

                                        Cecily C. Jordan, WSBA #50061
                                        cjordan@tousley.com

UNOPPOSED MTN FOR SUPP. DISTRIBUTION PLAN    2    EDELSON PC
CASE NO. 22-CV-214-RSL    350 N LaSalle Street, 14th Floor, Chicago, IL 60654
Tel: 312 589 6370 • Fax: 312 589 6378

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Tel: 206.682.560

*Admitted *pro hac vice*

*Attorneys for Plaintiff and Class Counsel*

**[PROPOSED] ORDER**

Class Counsel's unopposed motion is GRANTED. The Second Distribution Plan is approved.

IT IS SO ORDERED.

Dated this _____ day of _____, 2023.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE